IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LASHONE DINKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO.  3:11-cv-762-TFM |
| ) | [wo] |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access Justice Act (Doc. 18), it is

ORDERED that on or before August 30, 2012, Defendant shall show cause why the motion should not be granted.

Done this the 9th day of August, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE